## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | Criminal No: 1:19-CR- 140 |
| v. | |
| **KEITH THOMAS DOUGHERTY,** | |
| **Defendant.** | |

FILED
HARRISBURG, PA

APR 1 7 2019

Per _____

Deputy Clerk

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(Mailing Threatening Communications)

On or about the 6th day of May, 2017, in the Middle District of Pennsylvania, the defendant, **KEITH THOMAS DOUGHERTY**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, dated May 5, 2017, addressed to Christopher Conner, who is the Chief Judge of the United States District Court for the Middle District of Pennsylvania, and containing a threat to injure Chief Judge Christopher Conner, and other members of the federal judiciary, all in violation of Section 876(c) of Title 18 of the United States Code.

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

(Interstate Communication with Threat to Injure)

On or about the 21st day of March, 2019, in the Middle District of Pennsylvania, the defendant, **KEITH THOMAS DOUGHERTY**, knowingly and willfully did transmit in interstate and foreign commerce via electronic mail, an electronic mail communication to Federal Bureau of Investigations Special Agent Christopher Cruz, and the communication contained a threat to injure Judge Joy F. Conti, United States District Judge for the Western District of Pennsylvania, specifically "Just like Ruby Ridge Keith Dougherty will be required to order 'a sniper' ... under the 2nd Amendment to 'shoot Conti in the head [just] to 'shut her up,'" all in violation of Section 875(c) of Title 18 of the United States Code.

A true bill,



Foreperson, Grand Jury

WILLIAM J. POWELL
UNITED STATES ATTORNEY

Jeffrey A. Finucane
Special Assistant United States Attorney
Northern District of West Virginia