IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 19-140-CFC |
| : | |
| KEITH THOMAS DOUGHERTY, : | |
| Defendant. : | |

## ORDER

At Wilmington this 4th day of December in 2019:

For the reasons set forth in the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED** that:

1. Defendants motions (D.I. 37, 48, 50, 51, 56, and 57) are DENIED;

2. The Court will convene a hearing to determine the mental competency of Defendant;

3. Pursuant to 18 U.S.C. §§ 4241 and 4247(b) and (c), Defendant shall submit to a psychiatric or psychological examination and evaluation by a Court-ordered psychiatrist or psychologist in order to determine Defendant's competency and the extent to which he is able to understand

the nature and consequences of the proceedings against him or to assist properly in his defense. That examination and evaluation shall be completed within 30 days of the Court's designation of a qualified psychiatrist or psychologist, and a report shall be prepared within 14 days of the examination and evaluation;

4. Pursuant to 18 U.S.C. § 4241 and § 4247(b) and (c), the report shall include:

    a. Defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings;

    d. The examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** that the time between this date and the conclusion of the competency hearing serves the ends of justice and outweighs the interests of the public and Defendant in a speedy trial and therefore shall be

excluded under the Speedy Trial Act, 18 U.S.C. § 316(h)(1)(A).

_____
CONNOLLY, UNITED STATES DISTRICT JUDGE