Letter Cover

RECEIVED NOV 0 6 2020 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Judge Connolley
844 N. King St.
Wilmington, DE 19801

19-CR-140

"updates"

As per order

The defendant wrote Stand-By Counsel seeking an affidavit;

Needed for appeal of 28 USC 144 "Denial as Late"; 9/26/2019;

Additionaly needs the Rule 12(c) + (d) opinion; 10/1/20;

Denial of Preliminary Inj.: IO 10.6 / Lar 27.4 (1988 Access to Justice Act); 9/26/19 (Filed);

Denial of Rule 12.3  9/15/19 (Court reading of DC v. Heller);

18 USC 3145  3/23/20 Denial?

12(b)(2)(3) 3/23/20 / 12(B)(v) Counts III + IV

Certificate of Service
prison mailbox system
15 weeks "no supplies"

"Adversarial System"

① The Ultimate Demise of IOP10.6 / LAR 27.4

Keith Dougherty Directs the Court to "the Give Duty Letter" filed by ECF into 10-3253, in conjunction with the Rule 60(b) motion filed, "and unlawfully denied by Chief Clerk Waldron; 10/02/12" –

Directed to then Chief McKee it resolved: "No Local Rule... that had not been subjected to what is detailed in 28 USC §2074 can be used to deny "Appellate or Original Jurisdiction"; "Now Super-Precedent";

① For The Idiot Squad

Original Jurisdiction: [Can Be] 1. HABEAS "In the Supreme Court, Circuit Court, or District Court", and Article I Section 9 says "It cannot be suspended"; (U.S. Constitution);

Original Jurisdiction in the 3rd Cir can also be "Mandamus" 10-3253, 13-1040, 19-1904, (All fees paid and Petitioner not subjectable to PLRA Pre-Screening);

It can also include: "The Pilot's Bill of Rights" 13-CV-447 (MD PA); 13-3772.

Hall v. Hall "reversed the 3rd Cir 9-0" provides in pertinent part:

③ 3rd Cir Reversed 9-0;

HALL v. HALL, 584 US ___, 138 S.Ct ___, 200 L.Ed. 2d 399 (2018)
"Congress, we have held, does not alter the fundamental details" of an existing scheme with "vague terms" and subtle device[s]." Whitman v. American Trucking Assns, Inc., 531 U.S. 457, 468, 121 S.Ct. 903, 149 L.Ed.1 (2001); cf. Class, 583 U.S. at ___, 138 S.Ct. 798, 200 L. Ed. 2d 37. That's true in spades when it comes to the work of the FEDERAL Rules Advisory Committees... (28 USC 331);

[For the Idiot Squad, Young Finuncane Connolly this means 28 USC 332. See Omnibus Motion 9/26/19 to "permanently enjoin IoP10.6/LAR 27.4" because of the 1988 Access to Justice Act] ???

See Also Pennsylvania and the Cesspool NJ v. The Catholic Charities Organization n/k/a ② Little Sisters of the Poor; 7/8/20 7-2; "Nationwide Injunction" Granted by a "Radical Judge from the ED of Pennsylvania District Court"; affirmed as 3rd Cir Precedent, as to 28 USC 2071 (Local Rules) The Separate Issue " 90 Day Open Comment period, (1990) Void! Even if Executive Order by the 3rd Cir 28 USC 332 Committee IoP 10.6/LAR 27.4 "is Not Lawful"

③

So for the "Idiot Squad" the "Fundamental Details" with "Vague Terms" has been fought out by the One and Only Article III Court: to Be Defined as

1. Subject Matter
2. Personal
3. Tribunal, ...

See as an Explanation for Those who "Cannot Decipher":
II A; Characterizing a rule as Jurisdictional renders it Unique in our adversarial system {LEd HR} [4] ...

[Here "the Idiot Wolson" saying "There is No Pre-trial Habeas in the 3rd Cir" because of the Local Custom Reese V. FDC Phila. Warden (2018) relying on IOP 10.6 / LAR 27.4"]

... Objections to a tribunal's Jurisdiction can Be Raised at anytime, even By a party that once conceded the tribunal's subject-matter jurisdiction Over the controversy: ... Slip Op. 6 Sebelius V. Auburn Regional (2013),

④

## Tribunals In A Criminal Process

1. Grand Jury (5th Amendment);
2. District Court (Pre-And Post Motions);
3. Petit Jury (6th Amendment);

### Idiot Finuncane

False Presentation to the 5th Amendment Grand Jury makes Counts I + II "Forever Void", Subject to Attack under 12(b)(2);

Grand Jury # 2, "at All relevant times the Idiot Squad, Young, Finuncane, Connolly "Fully Informed" as to

④

Rule 12.3 + 18 Pa.C.S.A. 505, "Discretionary Deadly Force" Protection of Person (2.3)(2.1)(ii); "Constitutionally protected activity" [No Duty to retreat] Stand your ground pa. 2011;

Then The Other "Vague Term";

1. "Mandatory Claims Processing Rules"

"Those Rules Authorized under 28 USC § 2072; that Have Subsequently undergone Review By 28 USC § 2074; with

(5)

a "specified time Requirement")
See Rule 12.3 "must have a Written
Objection Within 14 Days";
As of 10/1/20 "The Idiot Finnucane
On the Record" saying
"He Never Provided any Written
Response" Due to the
Transcript; "statement of Purpose" 9/12/19
"Just Say it is Not Legally
Decipherable --- and "the court
Will Do the Same"..

"Statement  See Mandamus In Re: Artar 71F.3d
of Purpose"  "Connolly Must Go"; (1995);
I can't
Decipher  10/15/20 "Order" 28 USC 144
anything!  "Too Late" Waiting on Young
  Affidavit "6/24/19" Keith
(5)  Dougherty "No Idiot Judge from
  the 3rd Can Be a Valid"
  SEBBLIUS V. Auburn Regional
  Tribunal based on Marshal V.
  Jerrico (1980)";

As to The Idiot Finnucane
" He is misstating Nutraceutical"
The is "No Equitable Tolling" For
Rule 12.3 ... here...

