⑥ Fort Bend County, Texas v. Davis, 139 S.Ct. 1843; 204 L. Ed. 2d 116; (2019);

Super Precedent

"Motion Received By Connolly Staff 5/18/20 2:35 PM"
Now "Declared moot by the Idiot Squad";

RECEIVED NOV 06 2020 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Mandatory Claims Processing Rules "seek to promote the orderly process of litigation by requiring that the parties [EVEN the Idiot Squad] take certain procedural steps [including a Rule 12(d) Opinion] at certain specific times [so as to proceed to Appeal" the Idiot violation(s) of Magistrate Burke (as to 18 USC §3148)" Materialized in the 3/23/20 Omnibus Motion including 18 USC §3145 (that the Idiot Wolson says "is the only pre-trial option" (suspending Article I Sec 9 of the US Constitution under Reese v. BOC under IOP 10.6 [Cat. I, 4)]... at certain specific times"... (Citations omitted)... Nutraceutical v. Lambert 138 S. Ct. 2675; 201 L. Ed. 2d 1070 (2019);

(2nd Omnibus Motion Filed 3/23/20 "prison mailbox" system" No Opinion Yet???...)

⑥ Rule 12(c) "Waiver of Objection" No "Equitable Tolling" Nutraceutical citing Carlisle v. US (1996);

See Fort Bend County, Texas v. DAVIS II

(7)

III ... "[+]o ward of profligate use of the term," *Sebelius v. Auburn Regional Medical Center*, 568 U.S. 145, 153, 133 S. Ct. 817, 184 L. Ed. 2d 627 (2013) .... 133 S. Ct. 1848;

"Profligate" avoidance as a *Lozman v. Riviera Beach* Tactic is to say "I can't Decipher what is "Demanded of Me" the "Idiot Judge assigned" ...

See Id 10.6/Lar 27.4 is "an unlawful denial of "A Right to Appeal" Under Federal Rule of Appellate Procedure Rule 3" "Authorized under 28 USC 2072 and 28 USC 2074;

(7)

"There is No Authority under 28 USC 2071 " to make all Appeals "Discretionary .-- Based on the "politics of the Panel"

Under 28 USC 46(b)" Violating *Hall v. Hall*" Consolidating and " Summarily Affirming"

"I Can't Decipher" What Keith Dougherty Says?

⑧

III ...

(139 S. Ct. 1849) (Only Congress Added)
..., Congress may make other pre-
scriptions Jurisdictional...

"IN ALL HABEAS Under 28
USC 2241" the Idiot Judge
must look to 28 USC§1657
"to Clear Your Civil Docket" ...
EVEN IF "Improperly Assigned
From the Criminal process"

Because 28 USC§ 2241(c)(3) is
"Jurisdictional" and Unfortunately
So is 28 USC§ 2243;

So when "the Idiot Jeffrey Emulane
sat on His Heinds Just Like the
Federal Prosecutor IN Eberhart v.
US (2005)(per curiam) [As Rule 12.3]
It was "Waiver" see Hamer Footnote 1;
But Fatal IN "HABEAS Docketed as
ECF 115" IN the Idiot Squad Docket
19-cr-140(MDPA) EVEN though "Judge
Connolly" is Part of the Conspiracy"

Based ON Boyles v. Russell Cited
as "Long Standing Supreme Court Precedent
Left Undisturbed By Congress"...

See (For Dr. Berger) Justice Gins-
Burg "USE OF Brackets"...

⑧

⑨

"... and is between (1) citizens of different states..." In addition the Court has stated it would treat a requirement as "Jurisdictional" when "a long line of [Supreme] Cour[t]

Brackets "used" For "Emphasis" Maybe She "was Losing Her Mind as well"??? End Stage Cancer? ...

decisions left undisturbed by Congress" attached a jurisdictional label to the prescription; United States Pacific R. Co. v. Locomotive Engineers, 558 U.S. 67, 82, 130 S. Ct. 584, 175 L. Ed. 2d 428 (2009) (citing Bowles v. Russell (For the first time Added For Emphasis), 551 U.S. 205, 203-211, 127 S. Ct. 2360, 168 L. Ed. 2d 96 (2007) Where an "Idiot attorney" relied on an "Incompetant District Court Judge" who had extended "the time to file a "notice" as opposed to "A motion" for 3 more days than the rule/statute allowed (where there was then a "Jurisdictional defect")

⑨

Here Under "the Established Super-Precedent" Fort Bend County, Texas V. Davis. "All Claims Processing Rules" "are unalterable and must be enforced" there is "no equitable tolling" where

(10)

"Judge Connolly" indicates he has extended the time from 9/29/2019 to 10/1/2020; Due to his reading of Rule 12.3(2)(A) "Law enforcement agency";

Waived by the Government sed. Eberhart v. U.S. (2005)(per curiam);

Instruction to 3rd Cir Rules "Panel"

As Cited in Fort Bend, County, Texas v. Davis

[558 U.S. 71]

(10)

Id 10.b
[or 22]4
void!

... When Jurisdiction is conferred, a Court (the Connolly, and Wolson)... may not decline to exercise it...
... Because the (28 USC 2241(c)(3) Court)... was not without authority to assume jurisdiction over the [Petitioner's]... Claim[s]. "Panel Decision 72a, [as well as 20-cv-335]/20-cv-477 (ED PA) and 20-3047 (3rd Cir)]... its (their) dismissal lacked tenable grounds...

So the District orders "must be set aside and the 3rd Cir must assume Original Jurisdiction. 558 U.S. 71-72 Union Pacific RR v. Bhd of Locomotive Engineers (2009)

Keith Doughty (76873-067)
FDC
PO Box 562
Phila, PA 19105

LEGAL MAIL

2 of 3

Judge Connolly
844 N. King St
Wilmington, DE 19801

PHILADELPHIA PA 19
4 NOV 2020 PM 7
FOREVER / USA

RECEIVED
NOV 06 2020
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

