UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal  No.  1:19 CR 140 |
| v. | Judge CONNOLLY |
| KEITH THOMAS DOUGHERTY, | UNITED STATES' SENTENCING MEMORANDUM |
| Defendant. | |

Now come the United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia, by David J. Perri, Special Assistant United States Attorney for the Middle District of Pennsylvania, and respectfully submits its Sentencing Memorandum in connection the anticipated sentencing hearing in this matter, which is scheduled for March 24, 2022.

**MEMORANDUM**

The United States submits that the defendant should receive a sentence at the high end of the Advisory Guidelines range.

The defendant has failed to show any remorse whatsoever for his conduct, even after it became (or should have become) crystal clear to him that what he had done was against the law, frightening, disruptive, and a drain on law enforcement resources.  To the contrary, he has reiterated many of the quasi-legal claims which have been, by this point, repeatedly debunked. Indeed, he continues to suggest that he would be justified in perpetrating violent assault on any judge that ruled against him in his civil cases and, thereby, interfered with his "chattels" as an act

1

of self-defense. [See Defendant's Objections at P. 2] He even refuses to acknowledge that Judge Conner was a victim of his conduct. [See Defendant's Objections at P. 4] As he did throughout the pendency of his case, the defendant *continues* to use worrisome language in his writings, language which is similar to that found in the charged communications.

As such, the United States submits that the defendant's conduct implicates, principally, three of the 18 U.S.C. §3553(a) factors which the Court is required to consider in fashioning an appropriate sentence. The Court must consider "the need for the sentence imposed . . . to promote respect for the law" and "to afford adequate deterrence to criminal conduct" and "protect the public from further crimes of the defendant." 18 U.S.C. §3553(a)(2)(A, B, C). Unfortunately, the defendant has exhibited a profound lack of respect for the law. He prefers instead to abide by his own misconceptions, misinterpretations, and distorted ideological precepts. He simply will not "hear" anything else. If he is unable or unwilling to see that his conduct was wrong, he is at higher risk to re-offend. The United States further submits that it is important for the Court to send a message to others who have little qualms about crossing the line from complaint and protest to threat and violence. Threats of violence toward and other intimidation of public officials cannot be tolerated if our system is to be expected to function peacefully and effectively.

For these reasons, the United States feels compelled to urge the Court to impose a sentence at the high end of the range.

Respectfully submitted,

WILLIAM IHLENFELD
United States Attorney


By: /s/ David J. Perri
David J. Perri
Assistant United States Attorney/Bar
  Number: 9219
United States Attorney's Office
1125 Chapline Street, Suite 3000
Wheeling, West Virginia 26003

CERTIFICATE OF SERVICE

I, David J. Perri, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that the foregoing UNITED STATES' SENTENCING MEMORANDUM was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have electronically mailed a copy of the document to the following CM/ECF participant:

Thomas Young
Federal Defender of New Jersey
800-840 Cooper St., Suite 350
Camden, NJ 08102

I further certify that a printed copy was sent via U.S. Mail, postage pre-paid, to the defendant as follows:

Keith Thomas Dougherty
76873-067
FDC Philadelphia
Box 562
700 Arch Street
Philadelphia, PA 19105


Dated:  March 18, 2022

By:   /s/ David J. Perri_____
      David J. Perri
      Assistant United States Attorney/Bar Number: 9219
      United States Attorney's Office
      1125 Chapline Street, Suite 3000
      Wheeling, West Virginia 26003